**Appeal Dismissed and Memorandum Opinion filed January 15, 2019.**



In The

# Fourteenth Court of Appeals

### NO. 14-18-00857-CV

## SHAWNERVIN BRAGGS, Appellant

## V.

## ERIK  MATTHEW  SONGER, Appellee

**On Appeal from County Civil Court at Law No. 1
Harris County, Texas
Trial Court Cause No. 1113174**

## M E M O R A N D U M   O P I N I O N

This is an appeal from a final judgment signed August 29, 2018. Appellant's brief was due November 5, 2018. No brief or motion for extension of time to file the brief was filed.

On November 13, 2018, the court ordered appellant to filed a brief by December 5, 2018. We cautioned that if appellant failed to comply with our order, we would dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b). No brief or motion for extension of time to file the brief was filed.

Therefore, the appeal is **DISMISSED**.


PER CURIAM


Panel consists of Justices Wise, Zimmerer, and Spain